# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JAMES PARKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ISAAC FULWOOD, JR., *et al.*,<br><br>　　　　　Respondents. | Case No. CV 10-9332 SVW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 1, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE